UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MOHAMED Y. AHMED and
UNITED FOOD CENTER,

                          Plaintiffs,          DECLARATION OF
                                              PLAINTIFF

-against-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE,

                          Defendants.
-----------------------------------------------------------------x

      I, MOHAMED Y. AHMED, am a Plaintiff in the above-captioned action, and am the sole shareholder, director and officer of UNITED FOOD CENTER, a corporation organized and existing under the laws of the State of New York.

1. I have personal knowledge of all facts and information in the administrative agency's proceeding to disqualify the Plaintiffs from participation in the Supplemental Nutrition Assistance Program (SNAP) for a six (6) months disqualification pursuant to a Final Agency Decision by Defendants, dated September 29, 2025 and delivered on November 18, 2025 and all events leading to the institution of this action.

2. That pursuant to 7 U.S.C. § 2023 and 7 CFR §279.7 a complaint naming the United States as a Defendant must be filed in the U.S. District Court in which the owner resides or is engaged in business by the owner within thirty (30) days of delivery of the Decision to request judicial review of the decision of disqualification from the SNAP, and as such I have directed my attorney, Jess M. Berkowitz, to file a Summons and Complaint and an

Order to Show Cause, if necessary, to challenge the six (6) month disqualification and request judicial review of Defendants' determination.

3. I have now read the Summons and Complaint prepared by my attorney, Jess M. Berkowitz, and reviewed all exhibits and documents in this matter. I hereby affirm that the content of all documents herein is genuine and accurate. I further acknowledge that my attorney's documents are true, and I join in the application for the relief requested in said Complaint and in support of any and all Motions filed in this matter.

4. It is respectfully requested that this Court accept all documents on behalf of the Plaintiffs as if same had been executed by all named Plaintiffs.

DATED: New York, New York
November 21, 2025

*/s/ Mohamed Ahmed*
MOHAMED Y. AHMED

STATE OF NEW YORK)
COUNTY OF NEW YORK) ss.:

On the 21st day of November, 2025, before me, the undersigned, personally appeared MOHAMED Y. AHMED, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or person on behalf of which the individual acted, executed the instrument.

*/s/ Jess Berkowitz*

JESS BERKOWITZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BE4811615
Qualified in New York County
My Commission Expires November 30, 2026